IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AISHA S. HUNTER,<br>　　　　Plaintiff,<br><br>v.<br><br>TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-2334 |

# O R D E R

**AND NOW**, this 15th day of April, 2021, upon consideration of Defendant Trustees of the University of Pennsylvania's Motion for Summary Judgment (ECF 25), Plaintiff Aisha Hunter's response thereto (ECF 28), and Defendant's reply (ECF 29), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**  The clerk shall enter judgment in favor of Defendant and the case shall be marked as **CLOSED**.

BY THE COURT:

/S/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**